# EXHIBIT B

# EXEMPLARY CLAIM CHART

| US8089980B2 | Oracle Big Data MAA ("The Accused System") |
|---|---|
| 1. A method for protection switching of geographically separate switching systems arranged in pairs, comprising: | A system, at least in internal testing and usage, utilized by the accused system practices a method for protection switching of geographically separate (e.g., distributed or remote Hadoop Namenode server) switching systems arranged in pairs (e.g., one server is in active state and other server in hot standby state).<br><br>As shown below, Oracle Big Data MAA architecture can be utilized for Hadoop architecture.<br><br>**Big Data MAA Architecture**<br><br>The Oracle Big Data MAA architecture consists of the following technologies:<br><br>» A primary Big Data Appliance used to house a data reservoir. The data reservoir acts as a repository for new and large sources of structured and unstructured data, and augments the data warehouse running on Exadata. The data reservoir may consist of one or more Big Data Appliances interconnected to address storage, performance, and growth needs. Up to 18 racks can be added without additional switches.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | <br>Fig 2. Information Management Reference Architecture<br>» Tight integration with Oracle Exadata to create a Big Data Management System. Exadata should hold the main data warehouse system and store much of a company's core transactional data.<br>» A standby Exadata system that is a replica of the primary running Oracle Data Guard is used to maintain synchronized databases that are exact physical replicas of the primary.<br>» Replication of data to a second Big Data Appliance ensures high availability and added data consistency.<br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |




https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf

As shown below, Hadoop distributed file system (HDFS) has high availability feature. It consists of two separate Namenode servers, one of the Namenodes is in active state and the other is in standby state.

| | |
|---|---|
| | **Storage**<br>The first two disks on every BDA server contain the Linux operating system. These disks contain a mirrored copy of the operating system, a swap partition, a mirrored boot partition, and an HDFS data partition. This allows the operating system to sustain the loss of one system disk and keep the system available while the faulty disk is replaced. The state of the mirrored devices can be verified with the following commands<br><pre>#  cat /proc/mdstat<br>Personalities : [raid1]<br>md2 : active raid1 sda2[2] sdn2[0]<br>      488150016 blocks super 1.1 [2/2] [UU]<br>      bitmap: 3/4 pages [12KB], 65536KB chunk<br>md0 : active raid1 sda1[3] sdn1[2]<br>      194496 blocks super 1.0 [2/2] [UU]<br><br>unused devices: <none></pre>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | All drives are part of either a CDH (Cloudera Distribution Including Apache Hadoop) cluster (HDFS) or an Oracle NoSQL Database cluster. HDFS (Hadoop Distributed File System) is a highly scalable file system that stores large files across multiple servers, and can scale rapidly as additional storage is needed. HDFS data is replicated in three locations, reducing the chance of any data loss.<br><br>**Connectivity**<br><br>Each BDA server is fitted with an InfiniBand dual-ported Quad Data Rate (QDR) Host Channel Adapter (HCA) card. Each port on the HCA is connected to a redundant InfiniBand switch in the rack. If a port or an entire InfiniBand switch fails, a short brownout may be experienced in the order of a second or less, as traffic is redirected over the active interface.<br><br>**InfiniBand Switches**<br><br>All BDA nodes are redundantly connected to the InfiniBand fabric, which acts as a high performance and highly available backplane for BDA operations.<br><br>The InfiniBand fabric is constructed of two fully redundant InfiniBand Gateway switches. If one switch fails the other working switch ensures the overall system continues to function. The InfiniBand Gateways act as both "leaf" switches, and InfiniBand to 10Gb Ethernet gateways. There is also a 36-port "spine" switch that enables expansion of the BDA system.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | **BDA Software Components**<br><br>NameNode<br><br>The NameNode is the most critical process because it keeps track of the location of all data. Without a healthy NameNode, the entire cluster fails. Apache Hadoop v0.20.2 and earlier are vulnerable to failure because they have a single name node.<br><br>CDH5 reduces this vulnerability by maintaining redundant NameNodes. The data is replicated during normal operation as follows:<br><br>» CDH maintains redundant NameNodes on the first two nodes of a cluster. One of the NameNodes is in active mode, and the other NameNode is in hot standby mode. If the active NameNode fails, the standby NameNode automatically assumes the role of the active NameNode.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| |  <br>Fig 5. Automatic Failover of the NameNode on Oracle Big Data Appliance<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf<br><br>The Hadoop Distributed File System (HDFS) is a distributed file system designed to run on commodity hardware. It has many similarities with existing distributed file systems. However, the differences from other distributed file systems are significant. HDFS is highly fault-tolerant and is designed to be deployed on low-cost hardware. HDFS provides high throughput access to application data and is suitable for applications that have large data sets. HDFS relaxes a few POSIX requirements to enable streaming access to file system data. HDFS was originally built as infrastructure for the Apache Nutch web search engine project. HDFS is part of the Apache Hadoop Core project. The project URL is http://hadoop.apache.org/.<br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html |

| | |
|---|---|
| | HDFS has a master/slave architecture. An HDFS cluster consists of a single NameNode, a master server that manages the file system namespace and regulates access to files by clients. In addition, there are a number of DataNodes, usually one per node in the cluster, which manage storage attached to the nodes that they run on. HDFS exposes a file system namespace and allows user data to be stored in files. Internally, a file is split into one or more blocks and these blocks are stored in a set of DataNodes. The NameNode executes file system namespace operations like opening, closing, and renaming files and directories. It also determines the mapping of blocks to DataNodes. The DataNodes are responsible for serving read and write requests from the file system's clients. The DataNodes also perform block creation, deletion, and replication upon instruction from the NameNode. <br> HDFS Architecture <br>  <br> https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html |

| | |
|---|---|
| | **Architecture**<br><br>In a typical HA cluster, two separate machines are configured as NameNodes. At any point in time, exactly one of the NameNodes is in an *Active* state, and the other is in a *Standby* state. The Active NameNode is responsible for all client operations in the cluster, while the Standby is simply acting as a slave, maintaining enough state to provide a fast failover if necessary.<br><br>In order for the Standby node to keep its state synchronized with the Active node, both nodes communicate with a group of separate daemons called "JournalNodes" (JNs). When any namespace modification is performed by the Active node, it durably logs a record of the modification to a majority of these JNs. The Standby node is capable of reading the edits from the JNs, and is constantly watching them for changes to the edit log. As the Standby Node sees the edits, it applies them to its own namespace. In the event of a failover, the Standby will ensure that it has read all of the edits from the JournalNodes before promoting itself to the Active state. This ensures that the namespace state is fully synchronized before a failover occurs.<br><br>In order to provide a fast failover, it is also necessary that the Standby node have up-to-date information regarding the location of blocks in the cluster. In order to achieve this, the DataNodes are configured with the location of both NameNodes, and send block location information and heartbeats to both.<br><br>It is vital for the correct operation of an HA cluster that only one of the NameNodes be Active at a time. Otherwise, the namespace state would quickly diverge between the two, risking data loss or other incorrect results. In order to ensure this property and prevent the so-called "split-brain scenario," the JournalNodes will only ever allow a single NameNode to be a writer at a time. During a failover, the NameNode which is to become active will simply take over the role of writing to the JournalNodes, which will effectively prevent the other NameNode from continuing in the Active state, allowing the new Active to safely proceed with failover.<br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html |
| providing a pair of switching systems which are geographically separate and which supply a dedicated redundancy to each other, one of the pair of switching systems is in an active operating state and the other is in a hot-standby operating state; | The system, at least in internal testing and usage, utilized by the accused product practices providing a pair of switching systems (e.g., active and standby Namenode servers) which are geographically separate (e.g., distributed or remote Namenode servers) and which supply a dedicated redundancy to each other, one of the pair of switching systems is in an active operating state and the other is in a hot-standby operating state.<br><br>As shown below, Hadoop distributed file system (HDFS) architecture provides a pair of Namenode servers, one of the servers in active state and other in standby state. The standby server (i.e., hot standby switching system) keeps its state synchronized with the active server to perform fast failover. |

| | |
|---|---|
| | **Storage**<br>The first two disks on every BDA server contain the Linux operating system. These disks contain a mirrored copy of the operating system, a swap partition, a mirrored boot partition, and an HDFS data partition. This allows the operating system to sustain the loss of one system disk and keep the system available while the faulty disk is replaced. The state of the mirrored devices can be verified with the following commands |

```
#  cat /proc/mdstat
Personalities : [raid1]
md2 : active raid1 sda2[2] sdn2[0]
      488150016 blocks super 1.1 [2/2] [UU]
      bitmap: 3/4 pages [12KB], 65536KB chunk
md0 : active raid1 sda1[3] sdn1[2]
      194496 blocks super 1.0 [2/2] [UU]

unused devices: <none>
```

https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf

| | |
|---|---|
| | All drives are part of either a CDH (Cloudera Distribution Including Apache Hadoop) cluster (HDFS) or an Oracle NoSQL Database cluster. HDFS (Hadoop Distributed File System) is a highly scalable file system that stores large files across multiple servers, and can scale rapidly as additional storage is needed. HDFS data is replicated in three locations, reducing the chance of any data loss.<br><br>**Connectivity**<br><br>Each BDA server is fitted with an InfiniBand dual-ported Quad Data Rate (QDR) Host Channel Adapter (HCA) card. Each port on the HCA is connected to a redundant InfiniBand switch in the rack. If a port or an entire InfiniBand switch fails, a short brownout may be experienced in the order of a second or less, as traffic is redirected over the active interface.<br><br>InfiniBand Switches<br><br>All BDA nodes are redundantly connected to the InfiniBand fabric, which acts as a high performance and highly available backplane for BDA operations.<br><br>The InfiniBand fabric is constructed of two fully redundant InfiniBand Gateway switches. If one switch fails the other working switch ensures the overall system continues to function. The InfiniBand Gateways act as both “leaf” switches, and InfiniBand to 10Gb Ethernet gateways. There is also a 36-port “spine” switch that enables expansion of the BDA system.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | BDA Software Components<br><br>NameNode<br><br>The NameNode is the most critical process because it keeps track of the location of all data. Without a healthy NameNode, the entire cluster fails. Apache Hadoop v0.20.2 and earlier are vulnerable to failure because they have a single name node.<br><br>CDH5 reduces this vulnerability by maintaining redundant NameNodes. The data is replicated during normal operation as follows:<br><br>» CDH maintains redundant NameNodes on the first two nodes of a cluster. One of the NameNodes is in active mode, and the other NameNode is in hot standby mode. If the active NameNode fails, the standby NameNode automatically assumes the role of the active NameNode.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |




Fig 5. Automatic Failover of the NameNode on Oracle Big Data Appliance

https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf

The Hadoop Distributed File System (HDFS) is a distributed file system designed to run on commodity hardware. It has many similarities with existing distributed file systems. However, the differences from other distributed file systems are significant. HDFS is highly fault-tolerant and is designed to be deployed on low-cost hardware. HDFS provides high throughput access to application data and is suitable for applications that have large data sets. HDFS relaxes a few POSIX requirements to enable streaming access to file system data. HDFS was originally built as infrastructure for the Apache Nutch web search engine project. HDFS is part of the Apache Hadoop Core project. The project URL is http://hadoop.apache.org/.

https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html

| | |
|---|---|
| | HDFS has a master/slave architecture. An HDFS cluster consists of a single NameNode, a master server that manages the file system namespace and regulates access to files by clients. In addition, there are a number of DataNodes, usually one per node in the cluster, which manage storage attached to the nodes that they run on. HDFS exposes a file system namespace and allows user data to be stored in files. Internally, a file is split into one or more blocks and these blocks are stored in a set of DataNodes. The NameNode executes file system namespace operations like opening, closing, and renaming files and directories. It also determines the mapping of blocks to DataNodes. The DataNodes are responsible for serving read and write requests from the file system's clients. The DataNodes also perform block creation, deletion, and replication upon instruction from the NameNode.<br>HDFS Architecture<br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html |

| | |
|---|---|
| | **Architecture**<br><br>In a typical HA cluster, two separate machines are configured as NameNodes. At any point in time, exactly one of the NameNodes is in an *Active* state, and the other is in a *Standby* state. The Active NameNode is responsible for all client operations in the cluster, while the Standby is simply acting as a slave, maintaining enough state to provide a fast failover if necessary.<br><br>In order for the Standby node to keep its state synchronized with the Active node, both nodes communicate with a group of separate daemons called "JournalNodes" (JNs). When any namespace modification is performed by the Active node, it durably logs a record of the modification to a majority of these JNs. The Standby node is capable of reading the edits from the JNs, and is constantly watching them for changes to the edit log. As the Standby Node sees the edits, it applies them to its own namespace. In the event of a failover, the Standby will ensure that it has read all of the edits from the JournalNodes before promoting itself to the Active state. This ensures that the namespace state is fully synchronized before a failover occurs.<br><br>In order to provide a fast failover, it is also necessary that the Standby node have up-to-date information regarding the location of blocks in the cluster. In order to achieve this, the DataNodes are configured with the location of both NameNodes, and send block location information and heartbeats to both.<br><br>It is vital for the correct operation of an HA cluster that only one of the NameNodes be Active at a time. Otherwise, the namespace state would quickly diverge between the two, risking data loss or other incorrect results. In order to ensure this property and prevent the so-called "split-brain scenario," the JournalNodes will only ever allow a single NameNode to be a writer at a time. During a failover, the NameNode which is to become active will simply take over the role of writing to the JournalNodes, which will effectively prevent the other NameNode from continuing in the Active state, allowing the new Active to safely proceed with failover.<br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html |
| controlling the communication between the each of the pair switching system and a monitoring unit in accordance with the operating state of the respective switching system; | The system, at least in internal testing and usage, utilized by the accused product practices controlling the communication between the each of the pair switching system (e.g., distributed Namemode servers) and a monitoring unit (e.g., Zookeeper) in accordance with the operating state (e.g., either active or hot standby) of the respective switching system.<br><br>The monitoring unit (i.e., Zookeeper) monitors status and health of Namenode servers through Zookeeper failover controller. Upon information and belief, the system comprises a controlling unit or administrative unit which configures and manages the Zookeeper services (i.e., monitoring unit) and controls communication between Zookeeper and Namenode servers. |

| | |
|---|---|
| | **Storage**<br>The first two disks on every BDA server contain the Linux operating system. These disks contain a mirrored copy of the operating system, a swap partition, a mirrored boot partition, and an HDFS data partition. This allows the operating system to sustain the loss of one system disk and keep the system available while the faulty disk is replaced. The state of the mirrored devices can be verified with the following commands<br><br>`#  cat /proc/mdstat`<br>`Personalities : [raid1]`<br>`md2 : active raid1 sda2[2] sdn2[0]`<br>`      488150016 blocks super 1.1 [2/2] [UU]`<br>`      bitmap: 3/4 pages [12KB], 65536KB chunk`<br>`md0 : active raid1 sda1[3] sdn1[2]`<br>`      194496 blocks super 1.0 [2/2] [UU]`<br><br>`unused devices: <none>`<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | All drives are part of either a CDH (Cloudera Distribution Including Apache Hadoop) cluster (HDFS) or an Oracle NoSQL Database cluster. HDFS (Hadoop Distributed File System) is a highly scalable file system that stores large files across multiple servers, and can scale rapidly as additional storage is needed. HDFS data is replicated in three locations, reducing the chance of any data loss.<br><br>**Connectivity**<br><br>Each BDA server is fitted with an InfiniBand dual-ported Quad Data Rate (QDR) Host Channel Adapter (HCA) card. Each port on the HCA is connected to a redundant InfiniBand switch in the rack. If a port or an entire InfiniBand switch fails, a short brownout may be experienced in the order of a second or less, as traffic is redirected over the active interface.<br><br>InfiniBand Switches<br><br>All BDA nodes are redundantly connected to the InfiniBand fabric, which acts as a high performance and highly available backplane for BDA operations.<br><br>The InfiniBand fabric is constructed of two fully redundant InfiniBand Gateway switches. If one switch fails the other working switch ensures the overall system continues to function. The InfiniBand Gateways act as both "leaf" switches, and InfiniBand to 10Gb Ethernet gateways. There is also a 36-port "spine" switch that enables expansion of the BDA system.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
| --- | --- |
| | **BDA Software Components**<br><br>NameNode<br><br>The NameNode is the most critical process because it keeps track of the location of all data. Without a healthy NameNode, the entire cluster fails. Apache Hadoop v0.20.2 and earlier are vulnerable to failure because they have a single name node.<br><br>CDH5 reduces this vulnerability by maintaining redundant NameNodes. The data is replicated during normal operation as follows:<br><br>» CDH maintains redundant NameNodes on the first two nodes of a cluster. One of the NameNodes is in active mode, and the other NameNode is in hot standby mode. If the active NameNode fails, the standby NameNode automatically assumes the role of the active NameNode.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | <br><br>Fig 5. Automatic Failover of the NameNode on Oracle Big Data Appliance<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf<br><br>The Hadoop Distributed File System (HDFS) is a distributed file system designed to run on commodity hardware. It has many similarities with existing distributed file systems. However, the differences from other distributed file systems are significant. HDFS is highly fault-tolerant and is designed to be deployed on low-cost hardware. HDFS provides high throughput access to application data and is suitable for applications that have large data sets. HDFS relaxes a few POSIX requirements to enable streaming access to file system data. HDFS was originally built as infrastructure for the Apache Nutch web search engine project. HDFS is part of the Apache Hadoop Core project. The project URL is http://hadoop.apache.org/.<br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html |

| | |
|---|---|
| | HDFS has a master/slave architecture. An HDFS cluster consists of a single NameNode, a master server that manages the file system namespace and regulates access to files by clients. In addition, there are a number of DataNodes, usually one per node in the cluster, which manage storage attached to the nodes that they run on. HDFS exposes a file system namespace and allows user data to be stored in files. Internally, a file is split into one or more blocks and these blocks are stored in a set of DataNodes. The NameNode executes file system namespace operations like opening, closing, and renaming files and directories. It also determines the mapping of blocks to DataNodes. The DataNodes are responsible for serving read and write requests from the file system's clients. The DataNodes also perform block creation, deletion, and replication upon instruction from the NameNode.<br>HDFS Architecture<br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html |

| | |
|---|---|
| | **Architecture**<br><br>In a typical HA cluster, two separate machines are configured as NameNodes. At any point in time, exactly one of the NameNodes is in an *Active* state, and the other is in a *Standby* state. The Active NameNode is responsible for all client operations in the cluster, while the Standby is simply acting as a slave, maintaining enough state to provide a fast failover if necessary.<br><br>In order for the Standby node to keep its state synchronized with the Active node, both nodes communicate with a group of separate daemons called "JournalNodes" (JNs). When any namespace modification is performed by the Active node, it durably logs a record of the modification to a majority of these JNs. The Standby node is capable of reading the edits from the JNs, and is constantly watching them for changes to the edit log. As the Standby Node sees the edits, it applies them to its own namespace. In the event of a failover, the Standby will ensure that it has read all of the edits from the JournalNodes before promoting itself to the Active state. This ensures that the namespace state is fully synchronized before a failover occurs.<br><br>In order to provide a fast failover, it is also necessary that the Standby node have up-to-date information regarding the location of blocks in the cluster. In order to achieve this, the DataNodes are configured with the location of both NameNodes, and send block location information and heartbeats to both.<br><br>It is vital for the correct operation of an HA cluster that only one of the NameNodes be Active at a time. Otherwise, the namespace state would quickly diverge between the two, risking data loss or other incorrect results. In order to ensure this property and prevent the so-called "split-brain scenario," the JournalNodes will only ever allow a single NameNode to be a writer at a time. During a failover, the NameNode which is to become active will simply take over the role of writing to the JournalNodes, which will effectively prevent the other NameNode from continuing in the Active state, allowing the new Active to safely proceed with failover.<br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html<br><br>**Welcome to Apache ZooKeeper™**<br><br>Apache ZooKeeper is an effort to develop and maintain an open-source server which enables highly reliable distributed coordination.<br><br>**What is ZooKeeper?**<br><br>ZooKeeper is a centralized service for maintaining configuration information, naming, providing distributed synchronization, and providing group services. All of these kinds of services are used in some form or another by distributed applications. Each time they are implemented there is a lot of work that goes into fixing the bugs and race conditions that are inevitable. Because of the difficulty of implementing these kinds of services, applications initially usually skimp on them ,which make them brittle in the presence of change and difficult to manage. Even when done correctly, different implementations of these services lead to management complexity when the applications are deployed.<br><br>https://zookeeper.apache.org/ |

| | |
|---|---|
| | Automatic failover adds two new components to an HDFS deployment: a ZooKeeper quorum, and the ZKFailoverController process (abbreviated as ZKFC).<br><br>Apache ZooKeeper is a highly available service for maintaining small amounts of coordination data, notifying clients of changes in that data, and monitoring clients for failures. The implementation of automatic HDFS failover relies on ZooKeeper for the following things:<br><br>• **Failure detection** - each of the NameNode machines in the cluster maintains a persistent session in ZooKeeper. If the machine crashes, the ZooKeeper session will expire, notifying the other NameNode that a failover should be triggered.<br><br>• **Active NameNode election** - ZooKeeper provides a simple mechanism to exclusively elect a node as active. If the current active NameNode crashes, another node may take a special exclusive lock in ZooKeeper indicating that it should become the next active.<br><br>The ZKFailoverController (ZKFC) is a new component which is a ZooKeeper client which also monitors and manages the state of the NameNode. Each of the machines which runs a NameNode also runs a ZKFC, and that ZKFC is responsible for:<br><br>• **Health monitoring** - the ZKFC pings its local NameNode on a periodic basis with a health-check command. So long as the NameNode responds in a timely fashion with a healthy status, the ZKFC considers the node healthy. If the node has crashed, frozen, or otherwise entered an unhealthy state, the health monitor will mark it as unhealthy.<br><br>• **ZooKeeper session management** - when the local NameNode is healthy, the ZKFC holds a session open in ZooKeeper. If the local NameNode is active, it also holds a special "lock" znode. This lock uses ZooKeeper's support for "ephemeral" nodes; if the session expires, the lock node will be automatically deleted.<br><br>• **ZooKeeper-based election** - if the local NameNode is healthy, and the ZKFC sees that no other node currently holds the lock znode, it will itself try to acquire the lock. If it succeeds, then it has "won the election", and is responsible for running a failover to make its local NameNode active. The failover process is similar to the manual failover described above: first, the previous active is fenced if necessary, and then the local NameNode transitions to active state.<br><br>https://hadoop.apache.org/docs/r2.7.1/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html#Initializing_HA_state_in_ZooKeeper<br><br>**Deploying ZooKeeper**<br><br>In a typical deployment, ZooKeeper daemons are configured to run on three or five nodes. Since ZooKeeper itself has light resource requirements, it is acceptable to collocate the ZooKeeper nodes on the same hardware as the HDFS NameNode and Standby Node. Many operators choose to deploy the third ZooKeeper process on the same node as the YARN ResourceManager. It is advisable to configure the ZooKeeper nodes to store their data on separate disk drives from the HDFS metadata for best performance and isolation.<br><br>The setup of ZooKeeper is out of scope for this document. We will assume that you have set up a ZooKeeper cluster running on three or more nodes, and have verified its correct operation by connecting using the ZK CLI.<br><br>https://hadoop.apache.org/docs/r2.7.1/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html#Initializing_HA_state_in_ZooKeeper |

<table>
<tr>
<td></td>
<td>The configuration of automatic failover requires the addition of two new parameters to your configuration. In your hdfs-site.xml file, add:

```
<property>
  <name>dfs.ha.automatic-failover.enabled</name>
  <value>true</value>
</property>
```

This specifies that the cluster should be set up for automatic failover. In your core-site.xml file, add:

```
<property>
  <name>ha.zookeeper.quorum</name>
  <value>zk1.example.com:2181,zk2.example.com:2181,zk3.example.com:2181</value>
</property>
```

This lists the host-port pairs running the ZooKeeper service.

https://hadoop.apache.org/docs/r2.7.1/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html#Initializing_HA_state_in_ZooKeeper</td>
</tr>
<tr>
<td>when a loss of the communication to the switching system in the active operating state occurs:</td>
<td>The system, at least in internal testing and usage, utilized by the accused product practices determining a loss of the communication to the switching system in the active operating state (e.g., active Namenode server).<br><br>As shown below, the system utilized by the accused product comprises a Zookeeper failover controller which pings a health check message to an active Namenode server and informs Zookeeper about the state of the Namenode server. When the controller doesn’t receive response message from the active Namenode server, it determines that the server is lost or not available and informs Zookeeper about the monitoring status of the server.</td>
</tr>
</table>

| | |
|---|---|
| | **Inherent HA Benefits**<br><br>Oracle Big Data Appliance is designed to tolerate unplanned outages of all types. As part of this document, Oracle performed extensive testing to demonstrate the built-in HA capabilities of the Big Data Appliance and Exadata Database Machine. Specific failure scenarios are addressed in the MAA Test Scenarios section of this document.<br><br>Both the Oracle Big Data Appliance and Exadata are engineered and preconfigured to achieve end-to-end application availability after hardware faults on components such as fans, PDUs, batteries, switches, disks, flash, database server, motherboards, and DIMMs; extensive engineering and integration tests validate every aspect of the systems.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf<br><br>**Storage**<br><br>The first two disks on every BDA server contain the Linux operating system. These disks contain a mirrored copy of the operating system, a swap partition, a mirrored boot partition, and an HDFS data partition. This allows the operating system to sustain the loss of one system disk and keep the system available while the faulty disk is replaced. The state of the mirrored devices can be verified with the following commands<br><br>`#  cat /proc/mdstat`<br>`Personalities : [raid1]`<br>`md2 : active raid1 sda2[2] sdn2[0]`<br>`      488150016 blocks super 1.1 [2/2] [UU]`<br>`      bitmap: 3/4 pages [12KB], 65536KB chunk`<br>`md0 : active raid1 sda1[3] sdn1[2]`<br>`      194496 blocks super 1.0 [2/2] [UU]`<br><br>`unused devices: <none>`<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | All drives are part of either a CDH (Cloudera Distribution Including Apache Hadoop) cluster (HDFS) or an Oracle NoSQL Database cluster. HDFS (Hadoop Distributed File System) is a highly scalable file system that stores large files across multiple servers, and can scale rapidly as additional storage is needed. HDFS data is replicated in three locations, reducing the chance of any data loss.<br><br>**Connectivity**<br><br>Each BDA server is fitted with an InfiniBand dual-ported Quad Data Rate (QDR) Host Channel Adapter (HCA) card. Each port on the HCA is connected to a redundant InfiniBand switch in the rack. If a port or an entire InfiniBand switch fails, a short brownout may be experienced in the order of a second or less, as traffic is redirected over the active interface.<br><br>InfiniBand Switches<br><br>All BDA nodes are redundantly connected to the InfiniBand fabric, which acts as a high performance and highly available backplane for BDA operations.<br><br>The InfiniBand fabric is constructed of two fully redundant InfiniBand Gateway switches. If one switch fails the other working switch ensures the overall system continues to function. The InfiniBand Gateways act as both "leaf" switches, and InfiniBand to 10Gb Ethernet gateways. There is also a 36-port "spine" switch that enables expansion of the BDA system.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | **BDA Software Components**<br><br>NameNode<br><br>The NameNode is the most critical process because it keeps track of the location of all data. Without a healthy NameNode, the entire cluster fails. Apache Hadoop v0.20.2 and earlier are vulnerable to failure because they have a single name node.<br><br>CDH5 reduces this vulnerability by maintaining redundant NameNodes. The data is replicated during normal operation as follows:<br><br>» CDH maintains redundant NameNodes on the first two nodes of a cluster. One of the NameNodes is in active mode, and the other NameNode is in hot standby mode. If the active NameNode fails, the standby NameNode automatically assumes the role of the active NameNode.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | <br>Fig 5. Automatic Failover of the NameNode on Oracle Big Data Appliance<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf<br><br>The Hadoop Distributed File System (HDFS) is a distributed file system designed to run on commodity hardware. It has many similarities with existing distributed file systems. However, the differences from other distributed file systems are significant. HDFS is highly fault-tolerant and is designed to be deployed on low-cost hardware. HDFS provides high throughput access to application data and is suitable for applications that have large data sets. HDFS relaxes a few POSIX requirements to enable streaming access to file system data. HDFS was originally built as infrastructure for the Apache Nutch web search engine project. HDFS is part of the Apache Hadoop Core project. The project URL is http://hadoop.apache.org/.<br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html |

HDFS has a master/slave architecture. An HDFS cluster consists of a single NameNode, a master server that manages the file system namespace and regulates access to files by clients. In addition, there are a number of DataNodes, usually one per node in the cluster, which manage storage attached to the nodes that they run on. HDFS exposes a file system namespace and allows user data to be stored in files. Internally, a file is split into one or more blocks and these blocks are stored in a set of DataNodes. The NameNode executes file system namespace operations like opening, closing, and renaming files and directories. It also determines the mapping of blocks to DataNodes. The DataNodes are responsible for serving read and write requests from the file system's clients. The DataNodes also perform block creation, deletion, and replication upon instruction from the NameNode.

## HDFS Architecture




https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html

| | |
|---|---|
| | **Architecture**<br><br>In a typical HA cluster, two separate machines are configured as NameNodes. At any point in time, exactly one of the NameNodes is in an *Active* state, and the other is in a *Standby* state. The Active NameNode is responsible for all client operations in the cluster, while the Standby is simply acting as a slave, maintaining enough state to provide a fast failover if necessary.<br><br>In order for the Standby node to keep its state synchronized with the Active node, both nodes communicate with a group of separate daemons called "JournalNodes" (JNs). When any namespace modification is performed by the Active node, it durably logs a record of the modification to a majority of these JNs. The Standby node is capable of reading the edits from the JNs, and is constantly watching them for changes to the edit log. As the Standby Node sees the edits, it applies them to its own namespace. In the event of a failover, the Standby will ensure that it has read all of the edits from the JournalNodes before promoting itself to the Active state. This ensures that the namespace state is fully synchronized before a failover occurs.<br><br>In order to provide a fast failover, it is also necessary that the Standby node have up-to-date information regarding the location of blocks in the cluster. In order to achieve this, the DataNodes are configured with the location of both NameNodes, and send block location information and heartbeats to both.<br><br>It is vital for the correct operation of an HA cluster that only one of the NameNodes be Active at a time. Otherwise, the namespace state would quickly diverge between the two, risking data loss or other incorrect results. In order to ensure this property and prevent the so-called "split-brain scenario," the JournalNodes will only ever allow a single NameNode to be a writer at a time. During a failover, the NameNode which is to become active will simply take over the role of writing to the JournalNodes, which will effectively prevent the other NameNode from continuing in the Active state, allowing the new Active to safely proceed with failover.<br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html<br><br>**Welcome to Apache ZooKeeper™**<br><br>Apache ZooKeeper is an effort to develop and maintain an open-source server which enables highly reliable distributed coordination.<br><br>**What is ZooKeeper?**<br><br>ZooKeeper is a centralized service for maintaining configuration information, naming, providing distributed synchronization, and providing group services. All of these kinds of services are used in some form or another by distributed applications. Each time they are implemented there is a lot of work that goes into fixing the bugs and race conditions that are inevitable. Because of the difficulty of implementing these kinds of services, applications initially usually skimp on them ,which make them brittle in the presence of change and difficult to manage. Even when done correctly, different implementations of these services lead to management complexity when the applications are deployed.<br><br>https://zookeeper.apache.org/ |

| | |
|---|---|
| | Automatic failover adds two new components to an HDFS deployment: a ZooKeeper quorum, and the ZKFailoverController process (abbreviated as ZKFC).<br><br>Apache ZooKeeper is a highly available service for maintaining small amounts of coordination data, notifying clients of changes in that data, and monitoring clients for failures. The implementation of automatic HDFS failover relies on ZooKeeper for the following things:<br><br>• **Failure detection** - each of the NameNode machines in the cluster maintains a persistent session in ZooKeeper. If the machine crashes, the ZooKeeper session will expire, notifying the other NameNode that a failover should be triggered.<br><br>• **Active NameNode election** - ZooKeeper provides a simple mechanism to exclusively elect a node as active. If the current active NameNode crashes, another node may take a special exclusive lock in ZooKeeper indicating that it should become the next active.<br><br>The ZKFailoverController (ZKFC) is a new component which is a ZooKeeper client which also monitors and manages the state of the NameNode. Each of the machines which runs a NameNode also runs a ZKFC, and that ZKFC is responsible for:<br><br>• **Health monitoring** - the ZKFC pings its local NameNode on a periodic basis with a health-check command. So long as the NameNode responds in a timely fashion with a healthy status, the ZKFC considers the node healthy. If the node has crashed, frozen, or otherwise entered an unhealthy state, the health monitor will mark it as unhealthy.<br><br>• **ZooKeeper session management** - when the local NameNode is healthy, the ZKFC holds a session open in ZooKeeper. If the local NameNode is active, it also holds a special "lock" znode. This lock uses ZooKeeper's support for "ephemeral" nodes; if the session expires, the lock node will be automatically deleted.<br><br>• **ZooKeeper-based election** - if the local NameNode is healthy, and the ZKFC sees that no other node currently holds the lock znode, it will itself try to acquire the lock. If it succeeds, then it has "won the election", and is responsible for running a failover to make its local NameNode active. The failover process is similar to the manual failover described above: first, the previous active is fenced if necessary, and then the local NameNode transitions to active state.<br><br>https://hadoop.apache.org/docs/r2.7.1/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html#Initializing_HA_state_in_ZooKeeper<br><br>**Deploying ZooKeeper**<br><br>In a typical deployment, ZooKeeper daemons are configured to run on three or five nodes. Since ZooKeeper itself has light resource requirements, it is acceptable to collocate the ZooKeeper nodes on the same hardware as the HDFS NameNode and Standby Node. Many operators choose to deploy the third ZooKeeper process on the same node as the YARN ResourceManager. It is advisable to configure the ZooKeeper nodes to store their data on separate disk drives from the HDFS metadata for best performance and isolation.<br><br>The setup of ZooKeeper is out of scope for this document. We will assume that you have set up a ZooKeeper cluster running on three or more nodes, and have verified its correct operation by connecting using the ZK CLI.<br><br>https://hadoop.apache.org/docs/r2.7.1/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html#Initializing_HA_state_in_ZooKeeper |

| | |
|---|---|
| | The configuration of automatic failover requires the addition of two new parameters to your configuration. In your hdfs-site.xml file, add:<br>`<property>`<br>`  <name>dfs.ha.automatic-failover.enabled</name>`<br>`  <value>true</value>`<br>`</property>`<br>This specifies that the cluster should be set up for automatic failover. In your core-site.xml file, add:<br>`<property>`<br>`  <name>ha.zookeeper.quorum</name>`<br>`  <value>zk1.example.com:2181,zk2.example.com:2181,zk3.example.com:2181</value>`<br>`</property>`<br>This lists the host-port pairs running the ZooKeeper service.<br><br>https://hadoop.apache.org/docs/r2.7.1/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html#Initializing_HA_state_in_ZooKeeper |
| activating, by the monitoring unit, the switching system in the hot-standby operating state to be in the active operating state, and deactivating, by the monitoring unit, the switching system with the communication loss to be in the hot-standby operating state, wherein when in the hot-standby operating state, the respective switching system is not active in terms | The system, at least in internal testing and usage, utilized by the accused product practices activating, by the monitoring unit (e.g., Zookeeper), the switching system (e.g., Namenode server) in the hot-standby operating state to be in the active operating state, and deactivating, by the monitoring unit, the switching system with the communication loss to be in the hot-standby operating state, wherein when in the hot-standby operating state, the respective switching system is not active in terms of switching functions; and further features: periodically sending an IP lease request to the monitoring unit by a packet-based interface of the switching system in the hot-standby operating state, the packet-based interface is in an inactive state.<br><br>As shown below, the system utilized by the accused product comprises a Zookeeper failover controller which pings a health check message to an active Namenode server and informs Zookeeper about the state of the Namenode server. When the controller doesn’t receive response message from the active Namenode server, it determines that the server is lost or not available and informs Zookeeper about the monitoring status of the server. Zookeeper (i.e., monitoring unit) switches states of Namenode |

| | |
|---|---|
| of switching functions; and further features: periodically sending an IP lease request to the monitoring unit by a packet-based interface of the switching system in the hot-standby operating state, the packet-based interface is in an inactive state. | server pair, the server which is in hot-standby state becomes active and the other server which is in active state goes in hot-standby state.<br><br>Upon information and belief, the hot-standby Namenode server periodically pings the Zookeeper for network resources through the Zookeeper failover controller so that it can be prepared to become an active server. The server sends an IP lease request to the monitoring unit (e.g., Zookeeper). A virtual IP of Hadoop domain is assigned to the active node, but in case of failover the IP will be brought up on the standby Namenode. Thus, the standby Namenode must request for IP lease to the monitoring unit (e.g., Zookeeper).<br><br>**Inherent HA Benefits**<br><br>Oracle Big Data Appliance is designed to tolerate unplanned outages of all types. As part of this document, Oracle performed extensive testing to demonstrate the built-in HA capabilities of the Big Data Appliance and Exadata Database Machine. Specific failure scenarios are addressed in the MAA Test Scenarios section of this document.<br><br>Both the Oracle Big Data Appliance and Exadata are engineered and preconfigured to achieve end-to-end application availability after hardware faults on components such as fans, PDUs, batteries, switches, disks, flash, database server, motherboards, and DIMMs; extensive engineering and integration tests validate every aspect of the systems.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | All drives are part of either a CDH (Cloudera Distribution Including Apache Hadoop) cluster (HDFS) or an Oracle NoSQL Database cluster. HDFS (Hadoop Distributed File System) is a highly scalable file system that stores large files across multiple servers, and can scale rapidly as additional storage is needed. HDFS data is replicated in three locations, reducing the chance of any data loss.<br><br>**Connectivity**<br><br>Each BDA server is fitted with an InfiniBand dual-ported Quad Data Rate (QDR) Host Channel Adapter (HCA) card. Each port on the HCA is connected to a redundant InfiniBand switch in the rack. If a port or an entire InfiniBand switch fails, a short brownout may be experienced in the order of a second or less, as traffic is redirected over the active interface.<br><br>**InfiniBand Switches**<br><br>All BDA nodes are redundantly connected to the InfiniBand fabric, which acts as a high performance and highly available backplane for BDA operations.<br><br>The InfiniBand fabric is constructed of two fully redundant InfiniBand Gateway switches. If one switch fails the other working switch ensures the overall system continues to function. The InfiniBand Gateways act as both "leaf" switches, and InfiniBand to 10Gb Ethernet gateways. There is also a 36-port "spine" switch that enables expansion of the BDA system.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | **BDA Software Components**<br><br>NameNode<br><br>The NameNode is the most critical process because it keeps track of the location of all data. Without a healthy NameNode, the entire cluster fails. Apache Hadoop v0.20.2 and earlier are vulnerable to failure because they have a single name node.<br><br>CDH5 reduces this vulnerability by maintaining redundant NameNodes. The data is replicated during normal operation as follows:<br><br>» CDH maintains redundant NameNodes on the first two nodes of a cluster. One of the NameNodes is in active mode, and the other NameNode is in hot standby mode. If the active NameNode fails, the standby NameNode automatically assumes the role of the active NameNode.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| |  <br>**HA Setup and Configuration**<br>Our planned hosts:<br><table><tr><th>Node</th><th>Hostname</th><th>IP Address</th></tr><tr><td>1</td><td>master1.domain.com</td><td>192.168.4.116</td></tr><tr><td>2</td><td>master2.domain.com</td><td>192.168.4.117</td></tr><tr><td>Virtual</td><td>hadoop.domain.com</td><td>192.168.4.115</td></tr></table><br>https://blog.cloudera.com/blog/2009/07/hadoop-ha-configuration/ |

| | |
|---|---|
| | This file **must be the same** on both nodes in the cluster. Note that the leading host name defines the preferred node. The IPaddr stated in this file will be the virtual IP that we chose in our planning phase. This IP will be brought up on the active node on the aliased interface bond0:0:<br>`## start of haresources`<br>`master1.domain.com IPaddr::192.168.4.115`<br>`master1.domain.com drbddisk::r0`<br>`master1.domain.com Filesystem::/dev/drbd0::/hadoop::ext3::defaults`<br>`master1.domain.com hadoop-namenode`<br>`master1.domain.com hadoop-secondarynamenode`<br>`master1.domain.com hadoop-jobtracker`<br>`## end of haresources`<br><br>https://blog.cloudera.com/blog/2009/07/hadoop-ha-configuration/ |

| | |
|---|---|
| | **Storage**<br>The first two disks on every BDA server contain the Linux operating system. These disks contain a mirrored copy of the operating system, a swap partition, a mirrored boot partition, and an HDFS data partition. This allows the operating system to sustain the loss of one system disk and keep the system available while the faulty disk is replaced. The state of the mirrored devices can be verified with the following commands<br>`# cat /proc/mdstat`<br>`Personalities : [raid1]`<br>`md2 : active raid1 sda2[2] sdn2[0]`<br>`      488150016 blocks super 1.1 [2/2] [UU]`<br>`      bitmap: 3/4 pages [12KB], 65536KB chunk`<br>`md0 : active raid1 sda1[3] sdn1[2]`<br>`      194496 blocks super 1.0 [2/2] [UU]`<br>`unused devices: <none>`<br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

| | |
|---|---|
| | BDA Software Components<br><br>NameNode<br><br>The NameNode is the most critical process because it keeps track of the location of all data. Without a healthy NameNode, the entire cluster fails. Apache Hadoop v0.20.2 and earlier are vulnerable to failure because they have a single name node.<br><br>CDH5 reduces this vulnerability by maintaining redundant NameNodes. The data is replicated during normal operation as follows:<br><br>» CDH maintains redundant NameNodes on the first two nodes of a cluster. One of the NameNodes is in active mode, and the other NameNode is in hot standby mode. If the active NameNode fails, the standby NameNode automatically assumes the role of the active NameNode.<br><br>https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf |

<table>
<tr>
<td></td>
<td>




Fig 5. Automatic Failover of the NameNode on Oracle Big Data Appliance

https://www.oracle.com/technetwork/database/availability/bda-maa-2942174.pdf

The Hadoop Distributed File System (HDFS) is a distributed file system designed to run on commodity hardware. It has many similarities with existing distributed file systems. However, the differences from other distributed file systems are significant. HDFS is highly fault-tolerant and is designed to be deployed on low-cost hardware. HDFS provides high throughput access to application data and is suitable for applications that have large data sets. HDFS relaxes a few POSIX requirements to enable streaming access to file system data. HDFS was originally built as infrastructure for the Apache Nutch web search engine project. HDFS is part of the Apache Hadoop Core project. The project URL is http://hadoop.apache.org/.

https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html

</td>
</tr>
</table>

| | |
|---|---|
| | HDFS has a master/slave architecture. An HDFS cluster consists of a single NameNode, a master server that manages the file system namespace and regulates access to files by clients. In addition, there are a number of DataNodes, usually one per node in the cluster, which manage storage attached to the nodes that they run on. HDFS exposes a file system namespace and allows user data to be stored in files. Internally, a file is split into one or more blocks and these blocks are stored in a set of DataNodes. The NameNode executes file system namespace operations like opening, closing, and renaming files and directories. It also determines the mapping of blocks to DataNodes. The DataNodes are responsible for serving read and write requests from the file system's clients. The DataNodes also perform block creation, deletion, and replication upon instruction from the NameNode.<br><br>HDFS Architecture<br><br><br><br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HdfsDesign.html |

| | |
|---|---|
| | **Architecture**<br><br>In a typical HA cluster, two separate machines are configured as NameNodes. At any point in time, exactly one of the NameNodes is in an *Active* state, and the other is in a *Standby* state. The Active NameNode is responsible for all client operations in the cluster, while the Standby is simply acting as a slave, maintaining enough state to provide a fast failover if necessary.<br><br>In order for the Standby node to keep its state synchronized with the Active node, both nodes communicate with a group of separate daemons called "JournalNodes" (JNs). When any namespace modification is performed by the Active node, it durably logs a record of the modification to a majority of these JNs. The Standby node is capable of reading the edits from the JNs, and is constantly watching them for changes to the edit log. As the Standby Node sees the edits, it applies them to its own namespace. In the event of a failover, the Standby will ensure that it has read all of the edits from the JournalNodes before promoting itself to the Active state. This ensures that the namespace state is fully synchronized before a failover occurs.<br><br>In order to provide a fast failover, it is also necessary that the Standby node have up-to-date information regarding the location of blocks in the cluster. In order to achieve this, the DataNodes are configured with the location of both NameNodes, and send block location information and heartbeats to both.<br><br>It is vital for the correct operation of an HA cluster that only one of the NameNodes be Active at a time. Otherwise, the namespace state would quickly diverge between the two, risking data loss or other incorrect results. In order to ensure this property and prevent the so-called "split-brain scenario," the JournalNodes will only ever allow a single NameNode to be a writer at a time. During a failover, the NameNode which is to become active will simply take over the role of writing to the JournalNodes, which will effectively prevent the other NameNode from continuing in the Active state, allowing the new Active to safely proceed with failover.<br><br>https://hadoop.apache.org/docs/current/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html<br><br>**Welcome to Apache ZooKeeper™**<br><br>Apache ZooKeeper is an effort to develop and maintain an open-source server which enables highly reliable distributed coordination.<br><br>**What is ZooKeeper?**<br><br>ZooKeeper is a centralized service for maintaining configuration information, naming, providing distributed synchronization, and providing group services. All of these kinds of services are used in some form or another by distributed applications. Each time they are implemented there is a lot of work that goes into fixing the bugs and race conditions that are inevitable. Because of the difficulty of implementing these kinds of services, applications initially usually skimp on them ,which make them brittle in the presence of change and difficult to manage. Even when done correctly, different implementations of these services lead to management complexity when the applications are deployed.<br><br>https://zookeeper.apache.org/ |

| | |
|---|---|
| | Automatic failover adds two new components to an HDFS deployment: a ZooKeeper quorum, and the ZKFailoverController process (abbreviated as ZKFC).<br><br>Apache ZooKeeper is a highly available service for maintaining small amounts of coordination data, notifying clients of changes in that data, and monitoring clients for failures. The implementation of automatic HDFS failover relies on ZooKeeper for the following things:<br><br>• **Failure detection** - each of the NameNode machines in the cluster maintains a persistent session in ZooKeeper. If the machine crashes, the ZooKeeper session will expire, notifying the other NameNode that a failover should be triggered.<br><br>• **Active NameNode election** - ZooKeeper provides a simple mechanism to exclusively elect a node as active. If the current active NameNode crashes, another node may take a special exclusive lock in ZooKeeper indicating that it should become the next active.<br><br>The ZKFailoverController (ZKFC) is a new component which is a ZooKeeper client which also monitors and manages the state of the NameNode. Each of the machines which runs a NameNode also runs a ZKFC, and that ZKFC is responsible for:<br><br>• **Health monitoring** - the ZKFC pings its local NameNode on a periodic basis with a health-check command. So long as the NameNode responds in a timely fashion with a healthy status, the ZKFC considers the node healthy. If the node has crashed, frozen, or otherwise entered an unhealthy state, the health monitor will mark it as unhealthy.<br><br>• **ZooKeeper session management** - when the local NameNode is healthy, the ZKFC holds a session open in ZooKeeper. If the local NameNode is active, it also holds a special "lock" znode. This lock uses ZooKeeper's support for "ephemeral" nodes; if the session expires, the lock node will be automatically deleted.<br><br>• **ZooKeeper-based election** - if the local NameNode is healthy, and the ZKFC sees that no other node currently holds the lock znode, it will itself try to acquire the lock. If it succeeds, then it has "won the election", and is responsible for running a failover to make its local NameNode active. The failover process is similar to the manual failover described above: first, the previous active is fenced if necessary, and then the local NameNode transitions to active state.<br><br>https://hadoop.apache.org/docs/r2.7.1/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html#Initializing_HA_state_in_ZooKeeper<br><br>**Deploying ZooKeeper**<br><br>In a typical deployment, ZooKeeper daemons are configured to run on three or five nodes. Since ZooKeeper itself has light resource requirements, it is acceptable to collocate the ZooKeeper nodes on the same hardware as the HDFS NameNode and Standby Node. Many operators choose to deploy the third ZooKeeper process on the same node as the YARN ResourceManager. It is advisable to configure the ZooKeeper nodes to store their data on separate disk drives from the HDFS metadata for best performance and isolation.<br><br>The setup of ZooKeeper is out of scope for this document. We will assume that you have set up a ZooKeeper cluster running on three or more nodes, and have verified its correct operation by connecting using the ZK CLI.<br><br>https://hadoop.apache.org/docs/r2.7.1/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html#Initializing_HA_state_in_ZooKeeper |

The configuration of automatic failover requires the addition of two new parameters to your configuration. In your `hdfs-site.xml` file, add:

```
<property>
  <name>dfs.ha.automatic-failover.enabled</name>
  <value>true</value>
</property>
```

This specifies that the cluster should be set up for automatic failover. In your `core-site.xml` file, add:

```
<property>
  <name>ha.zookeeper.quorum</name>
  <value>zk1.example.com:2181,zk2.example.com:2181,zk3.example.com:2181</value>
</property>
```

This lists the host-port pairs running the ZooKeeper service.

https://hadoop.apache.org/docs/r2.7.1/hadoop-project-dist/hadoop-hdfs/HDFSHighAvailabilityWithQJM.html#Initializing_HA_state_in_ZooKeeper